# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Harold Crawford,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-3304-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse And Remand With Suggestions In Support*, filed February 14, 2011 [Doc. 11]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that *Defendant's Motion To Reverse And Remand With Suggestions In Support*, filed February 14, 2011 [Doc. 11] is **GRANTED** and this matter is **REVERSED AND REMANDED** to the Commissioner pursuant to sentence 4 of 42 U.S.C. §405(g) for action consistent with that set forth in the defendant's motion.

                                                             */s/ John T. Maughmer*
                                                      **JOHN T. MAUGHMER**
                                               **U. S. MAGISTRATE JUDGE**