# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Harold Crawford, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-3304-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act,* filed June 14, 2011 [Doc. 15]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act,* filed June 14, 2011 [Doc. 15] is **GRANTED**. Accordingly plaintiff is awarded EAJA fees in the amount of $868.60.

                               */s/ John T. Maughmer*
                             **JOHN T. MAUGHMER**
                            **U. S. MAGISTRATE JUDGE**